IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL N SCOTT,

    Plaintiff,

v.                                            CASE NO. 4:08-cv-00313-MP -WCS

AUBREY AMAN, JERRY KRAMER, WALTER A MCNEIL, KEVIN MURRY,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 77, Report and Recommendation on Defendants' Motion for Summary Judgment. Plaintiff was given four extensions of time to file his response to the Motion for Summary Judgment, Docs. 60, 64, 70, and 74. After he responded, the Magistrate Judge recommended the Motion for Summary Judgment, Doc. 57, be granted in part, to the extent Defendants are protected by Eleventh Amendment immunity in their official capacities and that this Court may not order Defendants be terminated from employment. The Magistrate Judge also recommended the Motion for Summary Judgment be denied in part, in that Plaintiff has presented a genuine dispute of material fact and Defendants do not have qualified immunity personally.

Defendants have not filed any objection to the Magistrate Judge's recommendation, and the time for doing so has passed. Plaintiff filed a motion for an extension of time to object to the

recommendation, which was granted, but has not filed any objection by the October 19, 2010 deadline that was set by this Court's October 5, 2010 order granting the extension. This Court, therefore, reviews the report and recommendation for plain error. Finding none, it is

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 77, is ADOPTED and incorporated herein.

2. First Motion for Summary Judgment, Doc. 57, is GRANTED IN PART and DENIED IN PART as follows:

    a. Defendants are protected by Eleventh Amendment immunity in their official capacities, and this Court may not order Defendants be terminated from employment or criminally prosecuted.

    b. Defendants are not entitled to qualified immunity in their individual capacities.

3. This case is REMANDED to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this  _21st_  day of October, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge